UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DaSILVA, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITY OF LONG BEACH FIRE DEPARTMENT, a public entity; CITY OF HUNTINGTON BEACH POLICE DEPARTMENT, a public entity; DANIEL GOOCH, an individual; ROBERT ESPINOSA, an individual; DAVID ELLIS, an individual; CRAIG CRANDALL, an individual; EDWARD DEUEL, an individual; TERRY HARBOUR, an individual; and DOES 1-10,<br><br>        Defendants. | Case No. SACV 04-0034 JWJ<br><br>**JUDGMENT FOLLOWING JURY VERDICT** |

    A Jury Trial in the above captioned matter was commenced on December 2, 2009. Eight jurors were empaneled, testimony was taken and documents received into evidence. On December 9, 2009 the matter was submitted to the jury and after deliberation, the Jury's verdict was for the Defendants on all causes of action.

    Based upon the Jury's verdict, and pursuant to Federal Rules of Civil procedure, Rule 58(b), and good cause appearing, it is ordered that Judgment be entered in favor

**JUDGMENT FOLLOWING  JURY VERDICT**

1

1 | of Defendants, the city of Long Beach, David Ellis, Terry Harbour and Daniel Gooch,
2 | and against Plaintiff, Anthony DaSilva.

4 | DATED: February 12, 2009

_____/s/_____
Magistrate Judge Jeffrey W. Johnson